UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:08-1186 |
|---|---|---|
| v. | ) | |
| KIMBERLY MICHELLE GOODWIN | ) | ORDER |

And now, this 12th day of October, 2010, the within Motion is granted, and it is hereby ordered and decreed that Information Number 3:08-1186 against the defendant, **KIMBERLY MICHELLE GOODWIN**, be and the same is hereby dismissed without prejudice.

_____
ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina